**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DISNEY ENTERPRISES, INC., a Delaware corporation

        Plaintiff,

vs.

DETROIT FINE JEWELRY, INC., a Michigan corporation

        Defendant.

Case No.: 05-72247

Hon.: Lawrence P. Zatkoff

---

| | |
|---|---|
| Jill M. Wheaton (P49921) | Hugh M. Davis (P12555) |
| Laura Sagolla (P63951) | CONSTITUTIONAL LITIGATION |
| Attorneys for Plaintiff |   ASSOCIATES, P.C. |
| DYKEMA GOSSETT PLLC | Attorney for Defendant |
| 2723 South State Street, Suite 400 | The Mercier Building |
| Ann Arbor, MI 48104 | 450 West Fort St., Suite 200 |
| (734) 214-7660 | Detroit, MI  48226 |
| | (313) 961-2255 |

### ORDER OF PERMANENT INJUNCTION

The parties, having stipulated hereto, and the Court being otherwise fully advised:

IT IS HERBY ORDERED AND ADJUDGED THAT A PERMANENT INJUNCTION SHALL AND DOES HEREBY ENTER, and that Defendant, its officers, agents, owners, employees and all persons in active concert or participation with them be and are permanently enjoined and restrained from:

    (1)    Manufacturing, producing, distributing, selling, offering for sale, advertising, promoting, or displaying jewelry bearing the images of Disney Characters and/or Disney Trademarks; and

    (2)    Manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying any goods bearing

the images of Disney Characters or Trademarks, or images that are substantially similar to any Disney Character or Trademark; and

IT IS FURTHER ORDERED THAT Defendant must destroy any and all jewelry and any other goods or materials that contain the images of Disney Characters or Disney Trademarks, colorable imitations of Disney Characters or Trademarks, or other product, designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights and/or the source of the goods;

IT IF FURTHER ORDERED THAT Defendant is directed to file with this Court, and serve on Plaintiff, within thirty (30) days from the date of entry of this order, a written report under oath setting forth in detail the manner and form in which Defendant has complied with this Order.

IT IS FURTHER ORDERED that this Order shall become effective upon entry with the Court and the Court shall retain jurisdiction to enforce the terms of this Order.

ISSUED this 1ST day of September.

IT IS SO ORDERED.

                                  s/Lawrence P. Zatkoff
                                  LAWRENCE P. ZATKOFF
                                  UNITED STATES DISTRICT JUDGE

Dated: September 1, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 1, 2005.

                                  s/Marie E. Verlinde
                                  Case Manager
                                  (810) 984-3290